# Court of Appeals
# of the State of Georgia

ATLANTA,     May 13, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0414. THOMPSON v. THE STATE.**

On April 11, 2016, this Court ordered Clyde J. Thompson to file his brief and enumeration of errors within 20 days, warning that should he fail to do so, his appeal could be dismissed without further notice. As of May 4, 2016, 23 days after the date of our April 11 order, Thompson had not filed his brief and enumeration of errors. Accordingly, this appeal is hereby ***DISMISSED*** as abandoned.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     05/13/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*